IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**United States of America,**

v.                                                                          Cr.No.: 2019-00001-KD

**Robert Sands Murray,**
       **Defendant.**

### DEFENDANT'S SENTENCING MEMORANDUM

Comes undersigned counsel for Defendant, Robert Sands Murray, Jr., and files this Memorandum in support of his position that a non-Guideline, non-custodial sentence be imposed in his case at sentencing.

Robert Sands Murray, known to his friends as "Robbie", is a lifelong resident of the city of Mobile, Alabama. In terms of demographics Robbie is statistically in a set of hard working, well educated, intelligent citizens married to one wife for twenty-eight years for whom along with their three daughters he has worked to provide a life similar to the one he has always been graced with. Demographics do not necessarily inform the Court as to who Robert Sands Murray is as a person. The many letters written in support of him do so inform. Undersigned counsel commends to the Court the reading of these letters as the Court undertakes to inform itself of the Defendant's character and conduct prior to the imposition of a sentence.

While Robbie certainly was in a position to know better than to engage in the conduct underlying his conviction, he truly can be understood to not have meant that anyone incur a loss from it.  As the letters indicate, Robbie found himself overextended and made what he knew was a bad decision under pressure.  Yet, part of his mental process in making it was that he could avail himself of the victim organization's money short term and replace it readily with the proceeds from the sale of his house.  The first illegal withdrawal was made in May 2017 at a time when Robbie realized he was probably going to have to cash out his equity in his house by way of sale.  His efforts to procure further conventional loans were proving unsuccessful.  In the following months, June or July, Robbie put his house on the market with Roberts Brothers and a contract for sale was finalized in October and closed in November.  Prior to closing and after his conduct had been exposed, a friend made an unsecured loan to Robbie in an amount sufficient for him to repay that which he had taken as well as fund an audit to assure everyone concerned that all misappropriated money was repaid.  Robbie then paid the lender back in full out of the sale proceeds.  This lender prefers to remain anonymous.  Never-the-less, his actions in making the unsecured loan under the circumstances obviously speak to the trust he had in Robbie to make things right.

Like many of his supporters who have written letters, undersigned counsel is also a long-time friend of Robbie.  Having known him since junior high, it is with personal knowledge of and confidence in their content that the letters are submitted to the Court.  Robbie is and has always been a committed Christian.  He, more so

than most, can appreciate the truth as stated in Proverbs 11:2, "[w]hen pride comes, then comes disgrace, but with the humble is wisdom…" Pride – in his case, manifested as his inability to acknowledge that he need not and cannot do it alone – tripped Robbie up.  Rather than confess to his family and friends just how dire his financial situation was, he opted for a "fix" that he rationalized would work out from the hard-gained equity he had in his home. It may be a fine line, but there is a distinction to be made in Robbie's case. That is, it was pride at work in Robbie that led to his ill-conceived "fix", not evil intent to rip anyone off.

    A non-custodial sentence in this case is supported under each of the sentencing factors as delineated in Title 18, §3553.  A custody sentence in this case would be greater than necessary to comply with the purposes set forth in paragraph (2) of subsection (a).  Justice has been and is being served in this case.  A custody sentence in this case under the circumstances is unnecessary and would serve no societal interest.

    The Defendant, when confronted prior to law enforcement's involvement was forthright about his conduct and restitution was almost immediately made.  When law enforcement investigated, he was forthright with them.  He has continued to be cooperative and forthright throughout this prosecution by pleading to an information.

    Echoing the many letter writers, undersigned respectfully requests on behalf of the Defendant that the Court impose a non-custodial sentence.

                                                          s/Barre C. Dumas

P.O. Box 16263
Mobile, AL  36616
251-338-1020

Certificate of Service

  I certify that the above matter has been filed in accordance with the Court's e-file protocol and will thereby be served upon the attorney for the Government.

                s/Barre C. Dumas